# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN JOHNSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>STEVEN WOLFSON, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-02224-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 6) |

Pending before the Court is Plaintiff's motion for extension of time. Docket No. 6. The Court previously set a deadline for Plaintiff's initial payment of $28.83 for July 31, 2020. Docket No. 5 at 1. Plaintiff submits that he will not have the funds to make his initial payment "until some time in August." *See* Docket No. 6 at 2. Plaintiff also requests that the Court wait to screen his complaint until "a decision is made in [his] criminal [case]," *id.* at 4, which appears to be in state court, *see* Docket No. 1 at 3–16. The Court finds that good cause exists to extend Plaintiff's deadline to pay his initial installment fee; however, the Court will deny Plaintiff's request for the Court to wait to screen his complaint until a decision is made in his state criminal case.

Accordingly, the Court **GRANTS** in part and **DENIES** in part Plaintiff's motion. Docket No. 6. Plaintiff shall have his initial installment fee in the amount of $27.83 sent to the Clerk's Office no later than August 31, 2020. Failure to do so may result in dismissal of this action. Furthermore, even if this action is dismissed, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2). If Plaintiff does not want the Court to screen his complaint in the ordinary course, he may file a notice of dismissal without prejudice. *Cf.* Fed.R.Civ.P. 41(a).

IT IS SO ORDERED.

Dated: July 28, 2020

                                                          Nancy J. Koppe<br>
                                                        United States Magistrate Judge